# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

* ADMITTED IN NY
** ADMITTED IN NY AND NJ
*** ADMITTED IN NY AND CT
**** ADMITTED IN NY AND FLA
***** ADMITTED IN NY, NJ AND MD

April 29, 2024

**VIA ECF ELECTRONIC FILING**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, New York 10007

MEMO ENDORSED

The Application is granted. The hearing is adjourned to May 13, 2024 at 11:00 A.M.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: April 29, 2024

Re: **Trustees of the Building Service 32BJ Pension Fund v. Borough of Yeadon**
**Civil Action No. 23-cv-567**

Dear Judge Gardephe:

Our firm is counsel for Plaintiffs Trustees of the Building Service 32BJ Pension Fund (the "Fund"). Presently, there is an Order to Show Cause Hearing scheduled for tomorrow, April 30, 2024, at 10:30 am. The Fund asks that this Hearing be adjourned two weeks. This matter has not been previously adjourned, and no requests have been made.

This matter pertains to audit compliance by a contributing employer into the Fund, where the Fund demands documents necessary to confirm whether Defendant Borough of Yeadon ("Defendant") made all necessary contributions to the Fund. Very recently, after service of the Court Order regarding the Order to Show Cause, Defendant has been in contact with the Fund's auditors, and certain records have been produced. While it appears that the records provided are not all documents demanded by the Fund, it appears plausible that this matter may resolve itself amicably in the next few days. That said, given that Defendant has not yet appeared, and the complete documents have not been provided, the Fund asks for a short adjournment of two weeks.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

/s/ Samuel R. Bloom

Samuel R. Bloom