# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

* ADMITTED IN NY
** ADMITTED IN NY AND NJ
*** ADMITTED IN NY AND CT
**** ADMITTED IN NY AND FLA
***** ADMITTED IN NY, NJ AND MD

**MEMO ENDORSED**

The Application is granted.
SO ORDERED:

_Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.
Dated: May 10, 2024

*The parties will file a joint status letter by May 27, 2024, if a stipulation of dismissal has not been filed by that time.*

May 10, 2024

**VIA ECF ELECTRONIC FILING**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, New York 10007

Re:   **Trustees of the Building Service 32BJ Pension Fund v. Borough of Yeadon**
      **Civil Action No. 23-cv-567**

Dear Judge Gardephe:

Our firm is counsel for Plaintiffs Trustees of the Building Service 32BJ Pension Fund (the "Fund"). Presently, there is a Conference scheduled before Your Honor on May 13, 2024. The Fund asks that this hearing be adjourned *sine die*. This hearing was adjourned once previously.

This case concerns audit compliance by a contributing employer to an ERISA benefit fund. The Fund auditors have been in communication with Defendant Borough of Yeadon ("Defendant") about the documents required, and recently, additional documentation was provided to the Fund auditors. Although Defendant has not appeared in this action, given Defendant's responsiveness to the Fund auditors, it is the undersigned's belief that this matter will resolve shortly. The Fund asks that it advise the Court in two (2) weeks whether the matter is resolved, or if the Order to Show Cause should proceed.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

_SB_

Samuel R. Bloom